# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

STATE OF CALIFORNIA, by and through
GOVERNOR GAVIN NEWSOM,
ATTORNEY GENERAL XAVIER BECERRA,
and the CALIFORNIA AIR RESOURCES
BOARD, STATE OF COLORADO, STATE
OF CONNECTICUT, STATE OF
DELAWARE, STATE OF HAWAII, STATE
OF ILLINOIS, STATE OF MAINE, STATE
OF MARYLAND, COMMONWEALTH OF
MASSACHUSETTS, PEOPLE OF THE
STATE OF MICHIGAN, STATE OF
MINNESOTA, STATE OF NEVADA, STATE
OF NEW JERSEY, STATE OF NEW
MEXICO, STATE OF NEW YORK, STATE
OF NORTH CAROLINA, STATE OF
OREGON, COMMONWEALTH OF
PENNSYLVANIA, STATE OF RHODE
ISLAND, STATE OF VERMONT,
COMMONWEALTH OF VIRGINIA, STATE
OF WASHINGTON, STATE OF WISCONSIN,
DISTRICT OF COLUMBIA, CITY OF LOS
ANGELES, CITY OF NEW YORK, CITY
AND COUNTY OF SAN FRANCISCO, and
CITY AND COUNTY OF DENVER,

No. __20-1167____

Petitioners,

v.

ANDREW R. WHEELER, in his official
capacity as Administrator, United States
Environmental Protection Agency; UNITED
STATES ENVIRONMENTAL PROTECTION
AGENCY; ELAINE L. CHAO, in her official
capacity as Secretary, United States Department

of Transportation; UNITED STATES
DEPARTMENT OF TRANSPORTATION;
JAMES C. OWENS, in his official capacity as
Acting Administrator, National Highway Traffic
Safety Administration; NATIONAL
HIGHWAY TRAFFIC SAFETY
ADMINISTRATION,

Respondents.

## PETITION FOR REVIEW

Pursuant to 42 U.S.C. § 7607(b)(1) (Clean Air Act § 307(b)(1)), 49 U.S.C.

§ 32909(a)(1), Rule 15 of the Federal Rules of Appellate Procedure, and D.C.

Circuit Rule 15, the States of California, by and through Governor Gavin Newsom,

Attorney General Xavier Becerra, and the California Air Resources Board,

Colorado, Connecticut, Delaware, Hawaii, Illinois, Maine, Maryland, Minnesota,

Nevada, New Jersey, New Mexico, New York, North Carolina, Oregon, Rhode

Island, Vermont, Washington, and Wisconsin, the Commonwealths of

Massachusetts, Pennsylvania, and Virginia, the People of the State of Michigan,

the District of Columbia, the Cities of Los Angeles and New York, the City and

County of San Francisco, and the City and County of Denver (collectively,

Petitioners) hereby petition this Court for review of the final actions of

Respondents United States Environmental Protection Agency and Administrator

Andrew R. Wheeler, in his official capacity, United States Department of

Transportation and Secretary Elaine L. Chao, in her official capacity, the National

Highway Safety Administration and Acting Administrator James C. Owens, in his

official capacity, set forth in the Federal Register notice published at 85 Fed. Reg.

24,174 (Apr. 30, 2020) and titled "The Safer Affordable Fuel-Efficient (SAFE)

Vehicles Rule for Model Years 2021-2026 Passenger Cars and Light Trucks."

This petition also seeks review of EPA's action titled "Mid-Term Evaluation of

Greenhouse Gas Emissions Standards for Model Year 2022-2025 Light-Duty

Vehicles," set forth in the Federal Register notice published at 83 Fed. Reg. 16,077

(Apr. 13, 2018). *See* 5 U.S.C. § 704 ("A preliminary, procedural, or intermediate

agency action or ruling not directly reviewable is subject to review on the review

of the final agency action.").

Dated:  May 27, 2020     Respectfully Submitted,


FOR THE STATE OF CALIFORNIA

XAVIER BECERRA
Attorney General of California
ROBERT BYRNE
EDWARD H. OCHOA
Senior Assistant Attorneys General
GARY E. TAVETIAN
DAVID A. ZONANA
Supervising Deputy Attorneys General
JESSICA BARCLAY-STROBEL
JULIA K. FORGIE
MEREDITH HANKINS
JENNIFER KALNINS TEMPLE
KAVITA LESSER
M. ELAINE MECKENSTOCK
ROBERT D. SWANSON
JONATHAN A. WIENER
DAVID ZAFT
Deputy Attorneys General

*/s/ Carolyn Nelson Rowan*
CAROLYN NELSON ROWAN
Deputy Attorney General
1300 I Street, 15th Floor
Sacramento, CA 95814
Telephone: (916) 210-7814
Fax: (916) 322-5609
Carolyn.Rowan@doj.ca.gov

*Attorneys for Petitioner State of California, by and through its Governor Gavin Newsom, Attorney General Xavier Becerra, and California Air Resources Board*

FOR THE STATE OF COLORADO

PHIL WEISER
Colorado Attorney General

*/s/ Eric R. Olson*
ERIC R. OLSON
Solicitor General
Office of the Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: (720) 508-6548
eric.olson@coag.gov

*Attorneys for Petitioner State of Colorado*

FOR THE STATE OF CONNECTICUT

WILLIAM TONG
Attorney General of Connecticut
MATTHEW I. LEVINE
Assistant Attorney General

*/s/ Scott N. Koschwitz*
SCOTT N. KOSCHWITZ
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Telephone: (860) 808-5250
Fax: (860) 808-5386
Scott.Koschwitz@ct.gov

*Attorneys for Petitioner State of Connecticut*

FOR THE STATE OF DELAWARE

KATHLEEN JENNINGS
Attorney General of the State of Delaware

*/s/ Kayli H. Spialter*
KAYLI H. SPIALTER
CHRISTIAN WRIGHT
Deputy Attorneys General
Delaware Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
Telephone: (302) 395-2604
Kayli.spialter@delaware.gov


*Attorneys for Petitioner State of Delaware*

FOR THE DISTRICT OF COLUMBIA

KARL A. RACINE
Attorney General for the District of Columbia

*/s/ Loren L. AliKhan*
LOREN L. ALIKHAN
Solicitor General
Office of the Attorney General for the District of Columbia
One Judiciary Square
441 4th Street, NW, Suite 630 South
Washington, D.C. 20001
Telephone: (202) 727-6287
Fax: (202) 730-1864
Loren.AliKhan@dc.gov

*Attorneys for Petitioner District of Columbia*

FOR THE STATE OF HAWAII

CLARE E. CONNORS
Attorney General

*/s/ William F. Cooper*
WILLIAM F. COOPER
Deputy Attorney General
State of Hawaii Office of the Attorney General
425 Queen Street
Honolulu, HI 96813
Telephone: (808) 586-4070
Bill.F.Cooper@Hawaii.gov

*Attorneys for Petitioner State of Hawaii*

FOR THE STATE OF ILLINOIS

KWAME RAOUL
Attorney General of Illinois
MATTHEW J. DUNN
Chief, Environmental Enforcement/
Asbestos Litigation Division
JASON E. JAMES
Assistant Attorney General

*/s/ Daniel I. Rottenberg*
DANIEL I. ROTTENBERG
Assistant Attorney General
69 W. Washington St., 18th Floor
Chicago, IL 60602
Telephone: (312) 814-3816
DRottenberg@atg.state.il.us

*Attorneys for Petitioner State of Illinois*

| FOR THE STATE OF MAINE | FOR THE STATE OF MARYLAND |
|---|---|
| | |
| AARON M. FREY<br>Attorney General of Maine | BRIAN E. FROSH<br>Attorney General of Maryland |
| | |
| */s/ Laura E. Jensen*<br>LAURA E. JENSEN<br>Assistant Attorney General<br>6 State House Station<br>Augusta, ME 04333<br>Telephone: (207) 626-8868<br>Fax: (207) 626-8812<br>Laura.Jensen@maine.gov | */s/ Cynthia M. Weisz*<br>CYNTHIA M. WEISZ<br>Assistant Attorney General<br>Office of the Attorney General<br>Maryland Department of the<br>Environment<br>1800 Washington Blvd.<br>Baltimore, MD 21230<br>Telephone: (410) 537-3014<br>cynthia.weisz2@maryland.gov |
| *Attorneys for Petitioner State of Maine* | |
| | JOHN B. HOWARD, JR.<br>JOSHUA M. SEGAL<br>STEVEN J. GOLDSTEIN<br>Special Assistant Attorneys General<br>Office of the Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202<br>Telephone: (410) 576-6300<br>jbhoward@oag.state.md.us<br>jsegal@oag.state.md.us<br>sgoldstein@oag.state.md.us |
| | *Attorneys for Petitioner State of Maryland* |

FOR THE COMMONWEALTH OF MASSACHUSETTS

MAURA HEALEY
Attorney General
CHRISTOPHE COURCHESNE
Assistant Attorney General
Chief, Environmental Protection Division
CAROL IANCU
Assistant Attorney General
MEGAN M. HERZOG
DAVID S. FRANKEL
Special Assistant Attorneys General

*/s/ Matthew Ireland*
MATTHEW IRELAND
Assistant Attorney General
Office of the Attorney General
Environmental Protection Division
One Ashburton Place, 18th Floor
Boston, MA 02108
Telephone: (617) 727-2200
matthew.ireland@mass.gov

*Attorneys for Petitioner Commonwealth of Massachusetts*

FOR THE PEOPLE OF THE STATE OF MICHIGAN

DANA NESSEL
Attorney General of Michigan

*/s/ Neil D. Gordon*
NEIL D. GORDON
GILLIAN E. WENER
Assistant Attorneys General
Michigan Department of Attorney General
Environment, Natural Resources and Agriculture Division
P.O. Box 30755
Lansing, MI 48909
Telephone: (517) 335-7664
gordonn1@michigan.gov

*Attorneys for Petitioner People of the State of Michigan*

FOR THE STATE OF MINNESOTA

KEITH ELLISON
Attorney General of Minnesota

*/s/ Peter N. Surdo*
PETER N. SURDO
Special Assistant Attorney General
445 Minnesota Street, Suite 900
St. Paul, MN, 55101
Telephone: (651) 757-1061
Peter.Surdo@ag.state.mn.us

*Attorneys for Petitioner State of Minnesota*

FOR THE STATE OF NEVADA

AARON D. FORD
Attorney General of Nevada

*/s/ Heidi Parry Stern*
HEIDI PARRY STERN
Solicitor General
DANIEL P. NUBEL
Deputy Attorney General
Office of the Nevada Attorney General
100 N. Carson Street
Carson City, NV 89701
HStern@ag.nv.gov

*Attorneys for Petitioner State of Nevada*

FOR THE STATE OF NEW JERSEY

GURBIR S. GREWAL
Attorney General of New Jersey

*/s/ Lisa Morelli*
LISA MORELLI
Deputy Attorney General
25 Market St., PO Box 093
Trenton, NJ 08625-0093
Telephone: (609) 376-2745
Fax: (609) 341-5031
lisa.morelli@law.njoag.gov

*Attorneys for Petitioner State of New Jersey*

FOR THE STATE OF NEW MEXICO

HECTOR BALDERAS
Attorney General of New Mexico

*/s/ William Grantham*
WILLIAM GRANTHAM
Assistant Attorney General
State of New Mexico Office of the
Attorney General
Consumer & Environmental Protection
Division
201 Third Street NW, Suite 300
Albuquerque, NM 87102
Telephone: (505) 717-3520
wgrantham@nmag.gov

*Attorneys for Petitioner State of New Mexico*

10

FOR THE STATE OF NEW YORK

LETITIA JAMES
Attorney General of New York
YUEH-RU CHU
Chief, Affirmative Litigation Section
Environmental Protection Bureau
AUSTIN THOMPSON
Assistant Attorney General

*/s/ Gavin G. McCabe*
GAVIN G. MCCABE
Assistant Attorney General
28 Liberty Street, 19th Floor
New York, NY 10005
Telephone: (212) 416-8469
gavin.mccabe@ag.ny.gov

*Attorneys for Petitioner State of New York*

FOR THE STATE OF NORTH CAROLINA

JOSHUA H. STEIN
Attorney General
DANIEL S. HIRSCHMAN
Senior Deputy Attorney General
FRANCISCO BENZONI
Special Deputy Attorney General

*/s/ Asher P. Spiller*
ASHER P. SPILLER
TAYLOR CRABTREE
Assistant Attorneys General
North Carolina Department of Justice
P.O. Box 629
Raleigh, NC 27602
Telephone: (919) 716-6400

*Attorneys for Petitioner State of North Carolina*

FOR THE STATE OF OREGON

ELLEN F. ROSENBLUM
Attorney General of Oregon

*/s/ Paul Garrahan*
PAUL GARRAHAN
Attorney-in-Charge
STEVE NOVICK
Special Assistant Attorney General
Natural Resources Section
Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4593
Paul.Garrahan@doj.state.or.us
Steve.Novick@doj.state.or.us

*Attorneys for Petitioner State of Oregon*


FOR THE STATE OF RHODE ISLAND

PETER F. NERONHA
Attorney General of Rhode Island

*/s/ Gregory S. Schultz*
GREGORY S. SCHULTZ
Special Assistant Attorney General
Office of Attorney General
150 South Main Street
Providence, RI 02903
Telephone: (401) 274-4400
gschultz@riag.ri.gov

*Attorneys for Petitioner State of Rhode Island*

FOR THE COMMONWEALTH OF PENNSYLVANIA

JOSH SHAPIRO
Attorney General of Pennsylvania

*/s/ Ann R. Johnston*
ANN R. JOHNSTON
Senior Deputy Attorney General
Office of Attorney General
Strawberry Square
14th Floor
Harrisburg, PA 17120
Telephone: (717) 705-6938
ajohnston@attorneygeneral.gov

*Attorneys for Petitioner Commonwealth of Pennsylvania*


FOR THE STATE OF VERMONT

THOMAS J. DONOVAN, JR.
Attorney General

*/s/ Nicholas F. Persampieri*
NICHOLAS F. PERSAMPIERI
Assistant Attorney General
Office of the Attorney General
109 State Street
Montpelier, VT 05609
Telephone: (802) 828-3171
nick.persampieri@vermont.gov

*Attorneys for Petitioner State of Vermont*

FOR THE COMMONWEALTH OF VIRGINIA

MARK R. HERRING
Attorney General
PAUL KUGELMAN, JR.
Senior Assistant Attorney General
Chief, Environmental Section

*/s/ Caitlin C. G. O'Dwyer*
CAITLIN C. G. O'DWYER
Assistant Attorney General
Office of the Attorney General
Commonwealth of Virginia
202 North 9th Street
Richmond, VA 23219
Telephone: (804) 786-1780
godwyer@oag.state.va.us

*Attorneys for Petitioner Commonwealth of Virginia*

FOR THE STATE OF WASHINGTON

ROBERT W. FERGUSON
Attorney General

*/s/ Emily C. Nelson*
EMILY C. NELSON
Assistant Attorney General
Office of the Attorney General
P.O. Box 40117
Olympia, WA 98504
Telephone: (360) 586-4607
emily.nelson@atg.wa.gov

*Attorneys for Petitioner State of Washington*

FOR THE STATE OF WISCONSIN

JOSHUA L. KAUL
Attorney General of Wisconsin

*/s/ Jennifer L. Vandermeuse*
JENNIFER L. VANDERMEUSE
GABE JOHNSON-KARP
Assistant Attorneys General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53702-7857
Telephone: (608) 266-7741 (JLV)
          (608) 267-8904 (GJK)
Fax: (608) 267-2223
vandermeusejl@doj.state.wi.us
johnsonkarpg@doj.state.wi.us

*Attorneys for Petitioner State of Wisconsin*

FOR THE CITY OF LOS ANGELES

MICHAEL N. FEUER
Los Angeles City Attorney
MICHAEL J. BOSTROM
Assistant City Attorney

*/s/ Michael J. Bostrom*
MICHAEL J. BOSTROM
Assistant City Attorney
200 N. Spring Street, 14th Floor
Los Angeles, CA 90012
Telephone: (213) 978-1867
Fax: (213) 978-2286
Michael.Bostrom@lacity.org

*Attorneys for Petitioner City of Los Angeles*

FOR THE CITY OF NEW YORK

JAMES E. JOHNSON
New York City Corporation Counsel
CHRISTOPHER G. KING
ROBERT L. MARTIN
Senior Counsel
SHIVA PRAKASH
Assistant Corporation Counsel

/s/ *Christopher G. King*
CHRISTOPHER G. KING
Senior Counsel
New York City Law Department
100 Church Street
New York, New York
Telephone: (212) 356-2074
Fax: (212) 356-2084
cking@law.nyc.gov

*Attorneys for Petitioner City of New York*

FOR THE CITY AND COUNTY OF SAN FRANCISCO

DENNIS J. HERRERA
City Attorney
ROBB W. KAPLA
Deputy City Attorney

/s/ *Robb W. Kapla*
ROBB W. KAPLA
Deputy City Attorney
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4602
Telephone: (415) 554-4746
Fax: (415) 554-4715
Robb.Kapla@sfcityatty.org

*Attorneys for Petitioner City and County of San Francisco*

FOR THE CITY AND COUNTY OF DENVER

KRISTIN M. BRONSON
City Attorney
EDWARD J. GORMAN
LINDSAY S. CARDER
Assistant City Attorneys

*/s/ Edward J. Gorman*
EDWARD J. GORMAN
Assistant City Attorney
Denver City Attorney's Office
201 W. Colfax Avenue, Dept. 1207
Denver, Colorado 80202
Telephone: (720) 913-3275
Edward.Gorman@denvergov.org

*Attorneys for Petitioner City and County of Denver*

## CERTIFICATE OF SERVICE

I hereby certify that pursuant to Circuit Rule 15(a), a copy of the foregoing Petition for Review was served on May 27, 2020 by certified mail, return receipt requested, on the following:

Hon. Andrew R. Wheeler
Office of the Administrator (1101A)
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Washington, D.C. 20460

Hon. William Barr
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

Correspondence Control Unit
Office of General Counsel (2311)
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Washington, D.C. 20460

Hon. James C. Owens
Acting Administrator
National Highway Traffic Safety Administration
1200 New Jersey Avenue, SE
West Building
Washington, D.C. 20590

National Highway Traffic Safety Administration
NHTSA Headquarters
1200 New Jersey Avenue, SE
West Building
Washington, D.C. 20590

Hon. Elaine L. Chao
Office of the Secretary
United States Department of Transportation
1200 New Jersey Avenue, SE
West Building
Washington, D.C. 20590

Office of the General Counsel
United States Department of Transportation
1200 New Jersey Avenue, SE
West Building
Washington, D.C. 20590

*/s/ Valerie A. Tamulevich*
VALERIE A. TAMULEVICH
