# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 20-1145** **September Term, 2021**

**EPA-83FR16077**
**NHTS-85FR24174**

**Filed On: June 8, 2022**

Competitive Enterprise Institute, et al.,

Petitioners

v.

National Highway Traffic Safety
Administration, et al.,

Respondents

------------------------------

Alliance for Automotive Innovation, et al.,
Intervenors

------------------------------

Consolidated with 20-1167, 20-1168,
20-1169, 20-1173, 20-1174, 20-1176,
20-1177

## O R D E R

Upon consideration of the motion to continue holding case in abeyance, it is

**ORDERED** that the motion be granted and these consolidated cases continue to be held in abeyance pending further order of the court. The parties are directed to file motions to govern further proceedings in these consolidated cases within 30 days of this court's disposition of Texas v. EPA, Nos. 22-1031, et al., or Natural Resources Defense Council v. NHTSA, No. 22-1080, whichever is earlier.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Scott H. Atchue
Deputy Clerk