# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Competitive Enterprise Institute, et al.

v.

Nat'l Hwy. Traffic Safety Admin., et al.

**Case No:** 20-1145 & consolidated case

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as (●) Retained ( ) Pro Bono ( ) Appointed (CJA/FPD) ( ) Gov't counsel

for the ( ) Appellant(s)/Petitioner(s) ( ) Appellee(s)/Respondent(s) (●) Intervenor(s) ( ) Amicus Curiae below:

### Party Information

(List each represented party individually - Use an additional blank sheet as necessary)

BMW of North America, LLC

Rolls-Royce Motor Cars NA, LLC

### Counsel Information

Lead Counsel: Kelly Dunbar

Direct Phone: (202) 663-6262 Fax: (202) 663-6363 Email: kelly.dunbar@wilmerhale.com

2nd Counsel:

Direct Phone: ( ) - Fax: ( ) - Email:

3rd Counsel:

Direct Phone: ( ) - Fax: ( ) - Email:

Firm Name:

Firm Address:

Firm Phone: ( ) - Fax: ( ) - Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)